IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID J. PALADINO, PALADINO DEVELOPMENT GROUP, PALADINO RELATED COMPANIES LLC, BAYVIEW APARTMENTS, LLC, BAYVIEW APARTMENTS LLC, CHOPS HOLDINGS, CHOPS HOLDINGS LLC, PL PARTNERSHIP, PARIS INVESTMENTS, LLC, PARIS INVESTMENTS, NORTH OMAHA, LLC, NORTH OMAHA LLC, 17TH STREET LLC, 5132 NWR, LLC, 5132 NWR LLC, ST. MARY'S APARTMENTS L.L.C., ST. MARY'S APARTMENT LLC, 44TH STREET, L.L.C., 44TH STREET LLC, PINE PARK PROPERTIES, LLC, PINE PARK APARTMENTS, HAMILTON STREET, LLC, HAMILTON STREET LLC, 20TH STREET LLC, ANDERSON APARTMENTS LLC, LANDMARK REAL ESTATE, and LANDMARK MANAGEMENT GROUP, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CHUBB CUSTOM INSURANCE COMPANY, <br><br> Defendant. | 8:19CV530 <br><br> **ORDER TO SHOW CAUSE** |

On December 2, 2019, the Office of the Clerk sent letters (Filing Nos. 3, 4, and 5) to the following attorneys directing them to register for admission to practice in this court: **Derek L. Fadner, James M. McClenny, and John C. Moseley.**

As of December 20, 2019, the above attorneys have not complied with the Clerk's letter. Accordingly,

**IT IS ORDERED:** On or before **January 3, 2020**, the attorneys listed above shall either comply with the requests set forth in the letters from the Clerk of the Court or show cause by written affidavit why they cannot comply with the rules of the Court. Failure to comply with this order will result in being removed as counsel of record.

Dated this 20th day of December, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge