IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DAVID J. PALADINO, et al., | |
|---|---|
| Plaintiffs, | 8:19CV530 |
| vs. | |
| CHUBB CUSTOM INSURANCE COMPANY, | ORDER |
| Defendant. | |

Derek L. Fadner, James M. McClenny, and John C. Moseley are listed as counsel of record for the Plaintiffs. The court's records show the Office of the Clerk of Court sent notices to each of those attorneys on December 2, 2019, by electronic filing, directing the attorneys to register for admission to practice in this court within fifteen days. (Filing Nos. 3, 4, and 5). As of the close of business on December 20, 2019, the attorneys had not complied with the request set forth in the notice from the Office of the Clerk. On December 20, 2019, the court directed the attorneys to comply with the requests in the letter from the Clerk of Court or show cause why they could not comply with the rules of the court by January 3, 2020. Derek L. Fadner, James M. McClenny, and John C. Moseley did not respond to the court's order or register for admission to practice in this court. Accordingly,

**IT IS ORDERED:** Derek L. Fadner, James M. McClenny, and John C. Moseley are stricken as attorneys of record for the Plaintiffs. Said attorneys may apply to be readmitted as an attorney of record only after registering for admission to practice in this court. The Clerk of Court shall terminate Derek L. Fadner, James M. McClenny, and John C. Moseley as counsel of record.

Dated this 6th day of January, 2020.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge